

## COURT OF APPEALS

SANDEE BRYAN MARION
CHIEF JUSTICE
KAREN ANGELINI
MARIALYN BARNARD
REBECA C. MARTINEZ
PATRICIA O. ALVAREZ
LUZ ELENA D. CHAPA
JASON PULLIAM
JUSTICES

FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037
WWW.TXCOURTS.GOV/4THCOA.ASPX

KEITH E. HOTTLE
CLERK OF COURT

TELEPHONE
(210) 335-2635

FACSIMILE NO.
(210) 335-2762

March 25, 2015

Regina M. Scrivner-Tibbs
8100 Broadway, Ste. 104
San Antonio, TX 78209

Royal K. Griffin
Law Office of Royal K. Griffin
1507 Fredericksburg Road
San Antonio, TX 78201

RE:     Court of Appeals Number:     04-14-00880-CV
        Style:                      Stacy Joanna Mauricio v. Rueben Mauricio

Dear Counsel:

After reviewing the Civil Docketing Statement, the Court has determined the parties will not be ordered to participate in Alternative Dispute Resolution. This appeal will proceed with the applicable appellate deadlines as set forth in the Texas Rules of Appellate Procedure.

Sincerely,

Marialyn Barnard, Justice

MB/ma